1 | EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
2 | KENNETH R. WILLIAMS, State Bar No. 73170
Supervising Deputy Attorney General
3 | JESSICA R. DEVENCENZI, State Bar No. 232427
Deputy Attorney General
4 |  1300 I Street, Suite 125
 P.O. Box 944255
5 |  Sacramento, CA 94244-2550
 Telephone: (916) 322-6104
6 |  Fax: (916) 324-5205
 E-mail: Jessica.Devencenzi@doj.ca.gov
7 | *Attorneys for Defendants State of California,
California Department of Corrections and
8 | Rehabilitation, and Morgan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **AUGUSTA CONNOR, aka AUGUSTA ANDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 1:10-cv-01967 AWI GSA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING** |

The parties, by and through their counsel, stipulate as follows:

1. Defendant State of California's responsive pleading is currently due December 20, 2010; and,

2. Defendants Morgan and the California Department of Corrections and Rehabilitation's responsive pleading is due February 4, 2011; and,

3. Counsel for Plaintiff is in the process of trying to serve the remaining Defendants; and,

///

///

1

4.     The parties agree that, subject to the Court's approval, Defendants have an extension of time to file a responsive pleading, to thirty days from the date all named Defendants are served; and,

5.     Defense counsel enters this stipulation subject to the unserved, named Defendants, requesting counsel's representation and counsel ensuring that there are no conflicts of interest with providing that representation; and,

6.     By signing this stipulation, Defendants do not waive any possible defenses.

DATED:  December 16, 2010                    */s/ Neal R. Safran*
                                             NEAL R. SAFRAN
                                             Attorneys for Plaintiffs


DATED:  December 16, 2010                    */s/ Jessica R. Devencenzi*
                                             JESSICA R. DEVENCENZI
                                             Deputy Attorney General
                                             Attorneys for Defendants

SA2010303770
31152635.doc

IT IS SO ORDERED.

   Dated:   **December 17, 2010**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

2