KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants State of California,
California Department of Corrections and
Rehabilitation, Valley State Prison for Women,
Aungst, Hornbeak, and Morgan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **AUGUSTA CONNOR, aka AUGUSTA ANDERSON,**<br><br>                                     Plaintiff,<br><br>     v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                                     Defendants. | No. 1:10-cv-01967 AWI-GSA<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND TO CONTINUE TRIAL AND ORDER** |

The parties, by and through their attorneys of record, stipulate to a five-month extension of the scheduling deadlines, including trial, to permit the parties to complete discovery and prepare this case for trial. Good cause exists to modify the scheduling order and continue trial as set forth in the order issued on January 26, 2011. (ECF No. 23.)

Plaintiff filed this action on October 20, 2010, based on allegations that Defendants violated her rights under the Americans with Disabilities Act and the Rehabilitation Act while she was incarcerated at Valley State Prison for Women. (ECF No. 1.) The Court issued a scheduling

1

order before Defendants were required to respond to the complaint (ECF Nos. 15, 23) and set the following schedule:

| | |
|---|---|
| Non-Expert Discovery | July 15, 2011 |
| Expert Disclosure | July 22, 2011 |
| Supplemental Expert Disclosure | August 5, 2011 |
| Expert Discovery | September 5, 2011 |
| Non-Dispositive Motions | September 14, 2011 |
| Dispositive Motions | October 14, 2011 |
| Pre-Trial Conference | December 22, 2011 |
| Trial | February 14, 2012 |

On February 14, 2011, Defendants filed a motion to dismiss on the grounds that Plaintiff failed to exhaust her administrative remedies before filing suit. (ECF No. 24.) Because the motion could have disposed of the entire action, the parties did not conduct discovery while the dismissal motion was pending.

On April 27, the Magistrate Judge recommended that the motion to dismiss be denied. (ECF No. 30.) As of the date of filing this stipulation, the District Judge has not adopted that recommendation. Nonetheless, Defendants answered the complaint on June 10. (ECF No. 31.)

Since filing the answer, the parties have started discovery, but they will not be able to complete discovery in the time remaining under the current schedule. The need for more time to complete discovery will necessarily affect the remaining scheduling dates, including trial.

///
///
///
///
///
///

2

Accordingly, the parties agree, if acceptable to the Court, that five months will be sufficient time to complete discovery and prepare this case for trial.

Dated: July 5, 2011 　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　KAMALA D. HARRIS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　　　　　　　　　DAVID A. CARRASCO
　　　　　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Diana Esquivel*

　　　　　　　　　　　　　　　　　　　　　　　　DIANA ESQUIVEL
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Dated: July 5, 2011 　　　　　　　　　　　　　　　LAW OFFICES OF NEAL R. SAFRAN

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Neal R. Safran*

　　　　　　　　　　　　　　　　　　　　　　　　NEAL R. SAFRAN
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　f

SA2010303770
31295258.doc

3

# **ORDER**

Based on the parties' stipulation and good cause appearing, the dates in the scheduling order of January 26, 2011 (ECF No. 23) are modified as follows:

| | |
|---|---|
| Non-Expert Discovery | December 15, 2011 |
| Expert Disclosure | December 22, 2011 |
| Supplemental Expert Disclosure | January 5, 2012 |
| Expert Discovery | February 6, 2012 |
| Non-Dispositive Motions | February 14, 2012 |
| Dispositive Motions | March 14, 2012 |
| Pre-Trial Conference | May 24, 2012 at 8:30 a.m., before the Honorable Chief Judge Anthony Ishii in Courtroom 2 |
| Trial | July 17, 2012 at 8:30 a.m., before the Honorable Chief Judge Anthony Ishii in Courtroom 2 |

All other order contained in the scheduling order dated January 26, 2011(Doc. 23) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **July 7, 2011**                        **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE