IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTA CONNOR, | 1:10-cv-01967-AWI-GSA |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 30.) |
| STATE OF CALIFORNIA, et al., | ORDER DENYING DEFENDANTS' MOTION TO DISMISS |
| | (Doc. 24.) |
| Defendants. | ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

Augusta Connor ("plaintiff") is a former state prisoner proceeding with counsel in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2011, Findings and Recommendations were entered, recommending that Defendants' motion to dismiss for failure to exhaust administrative remedies be denied. (Doc. 30.) The parties were provided an opportunity to file objections to the Findings and Recommendations within thirty days. To date, no party has filed objections or otherwise responded to the Findings and Recommendations. Additionally, on July 5, 2011, the Defendants filed an answer to Plaintiff's complaint.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 27, 2011, are adopted in full;
2. Defendants' motion to dismiss, filed on February 14, 2011, is DENIED; and
3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   July 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2