KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants State of California,
California Department of Corrections and
Rehabilitation, Valley State Prison for Women,
Aungst, Hornbeak, and Morgan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **AUGUSTA CONNOR, aka AUGUSTA ANDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | No. 1:10-cv-01967 AWI-GSA<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING DEADLINES, CONTINUE TRIAL, AND DISMISS CERTAIN DEFENDANTS** |

   The parties, by and through their attorneys of record, stipulate to an extension of the remaining scheduling deadlines, including trial, to permit the parties to complete expert discovery and prepare this case for trial. Good cause exists to modify the scheduling order and continue trial as set forth in the order issued on July 7, 2011. (ECF No. 33.)

   Plaintiff filed this action on October 20, 2010, based on allegations that Defendants violated her rights under the Americans with Disabilities Act, the Rehabilitation Act, and the California Disabled Person's Act while she was incarcerated at Valley State Prison for Women (VSPW),

1

1  resulting in her fall in the shower stall.  (ECF No. 1.)  The Court issued a scheduling order before
2  Defendants were required to respond to the complaint.  (ECF Nos. 15, 23.)  Defendants answered
3  the complaint after the Court denied their motion to dismiss.  (ECF Nos. 24, 30, 34.)  The parties
4  required more time to conduct discovery, and they stipulated to modify the scheduling order,
5  including the date set for trial, on July 5, 2011.  (ECF No. 32.)  The Court granted the parties
6  request to extend the scheduling deadlines and set the following schedule:

| | |
|---|---|
| Non-Expert Discovery | December 15, 2011 |
| Expert Disclosure | December 22, 2011 |
| Supplemental Expert Disclosure | January 5, 2012 |
| Expert Discovery | February 6, 2012 |
| Non-Dispositive Motions | February 14, 2012 |
| Dispositive Motions | March 14, 2012 |
| Pre-Trial Conference | May 24, 2012 |
| Trial | July 17, 2012 |

15  　　　　The parties have completed fact discovery.  They exchanged and responded to written
16  discovery, and Plaintiff's deposition was completed on November 15.  In early October,
17  Defendants subpoenaed numerous records from Plaintiff's medical providers identified in her
18  responses to interrogatories.  Although defense counsel has received most of Plaintiff's medical
19  records, she still has not received Plaintiff's records from Highland Hospital in Oakland.  At her
20  deposition, Plaintiff stated that the doctors at Highland Hospital informed her that her knee injury
21  and subsequent need for surgery were caused by her fall at VSPW.  Without Plaintiff's complete
22  medical records, the parties' experts cannot provide adequate or complete opinions in this matter.
23  　　　　Also, Plaintiff's deposition transcript only became available on December 15, and defense
24  counsel received the hard copy on December 20.  Defendants' experts have not had an
25  opportunity to review Plaintiff's testimony or determined how her testimony will affect the
26  opinions they intend to offer.  Thus, the parties require more time to prepare their expert reports
27  and complete expert discovery.
28

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties also stipulate to the voluntary dismissal of Defendants Aungst and Morgan from this action.

Accordingly, the parties agree to and request, if acceptable to the Court: (1) a ninety-day extension of the remaining deadlines to complete expert discovery; (2) a continuance of trial to January or February 2013; (3) that a settlement conference be scheduled after the completion of expert discovery; and (4) the voluntary dismissal without prejudice of Aungst and Morgan.

Dated:  December 21, 2011                         Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated:  December 21, 2011                         LAW OFFICES OF NEAL R. SAFRAN

*/s/ Neal R. Safran*

NEAL R. SAFRAN
*Attorneys for Plaintiff*

SA2010303770
10796549.doc

3

# **ORDER**

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that:

The scheduling orders of January 26 and July 7, 2011 (ECF Nos. 23, 33) are modified as follows:

| | |
|---|---|
| Expert Disclosure | March 23, 2012 |
| Supplemental Expert Disclosure | April 27, 2012 |
| Expert Discovery Closes | May 25, 2012 |
| Non-Dispositive Motions | June 29, 2012 |
| Settlement Conference | Parties shall contact Harriet Herman, Courtroom Deputy to Magistrate Judge Barbara A. McAuliffe to set a hearing date. |
| Dispositive Motions | August 27, 2012 |
| Pre-Trial Conference | November 28, 2012 at 8:30 a.m. before the Honorable Chief Judge Anthony Ishii in Courtroom 2 |
| Trial | January 29, 2013 at 8:30 a.m. before the Honorable Chief Judge Anthony Ishii in Courtroom 2 |

All other orders contained in the scheduling order dated January 26, 2011(ECF No. 23) remain in full force and effect.

IT IS FURTHER ORDERED that Defendants Aungst and Morgan are dismissed without prejudice from this lawsuit.

IT IS SO ORDERED.

Dated:   December 27, 2011              _____
                                        CHIEF UNITED STATES DISTRICT JUDGE