KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, Valley State Prison for Women, and Hornbeak*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **AUGUSTA CONNOR, aka AUGUSTA ANDERSON,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                              Defendants. | No. 1:10-cv-01967 AWI-BAM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |

The parties, by and through their attorneys of record, stipulate to a seven-day extension of the deadline to file dispositive motions. Good cause exists to modify the scheduling order and extend the deadline because Defendants will not be able to obtain the declarations and evidence needed to support their motion by the current deadline.

The parties stipulated to two prior modifications of the scheduling order. The Court issued the original scheduling order on January 26, 2011, while Defendants' motion to dismiss was pending and before they answered the complaint. (ECF No. 23.) In July 2011, the parties

1

1  requested, and the Court granted, an extension of the scheduling deadlines to complete discovery
2  following the denial of Defendants' motion to dismiss. (*See* ECF Nos. 32, 33.) In December
3  2011, the parties requested another extension of the scheduling deadlines to allow more time for
4  expert disclosures. (ECF No. 37.) The Court granted the request. (ECF No. 38.) The current
5  deadline to file dispositive motions is August 27, 2012. (*Id.*)

6      Defendants require more time to prepare their motion for summary judgment. Defense
7  counsel has not been able to secure the declarations of two witnesses, and is informed that one is
8  one vacation. Defendants cannot complete their motion without these declarations. Thus, they
9  require a one-week extension to file their summary-judgment motion.

10      The parties previously agreed to set the hearing on the motion for October 1, 2012, to allow
11  Plaintiff's counsel no less than twenty-eight days to file an opposition. Plaintiff requires at least
12  four weeks to obtain evidence and prepare an opposition. Thus, the parties agree to the following
13  briefing schedule: Dispositive motions be filed no later than September 3, 2012; Plaintiff's
14  opposition is due October 8, 2012; Defendants' reply is due on October 15, 2012; and the hearing
15  on the motion be set for October 22, 2012 in Courtroom 2. This schedule will not affect any other
16  scheduling deadline.

17  Dated: August 22, 2012                                Respectfully submitted,

18                                                       KAMALA D. HARRIS
                                                         Attorney General of California
19                                                       DAVID A. CARRASCO
                                                         Supervising Deputy Attorney General
20

21                                                       */s/ Diana Esquivel*

22                                                       DIANA ESQUIVEL
                                                         Deputy Attorney General
23                                                       *Attorneys for Defendants*

24  Dated: August 22, 2012                                LAW OFFICES OF NEAL R. SAFRAN

25

26                                                       */s/ Neal R. Safran*

27                                                       NEAL R. SAFRAN
                                                         *Attorneys for Plaintiff*

28  SA2010303770
    31514502.doc

    2

**ORDER**

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the deadline to file dispositive motions is extended to September 3, 2012. Any opposition is due on or before October 8, 2012, and any reply is due on October 15. The hearing for any dispositive motion is set for October 22, 2012 at 1:30 p.m. in Courtroom 2.

The court will notify the parties if this stipulation requires the court to move back the trial and pretrial dates after receiving the briefing on this motion.

IT IS SO ORDERED.

Dated:   August 23, 2012                              _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE

3

Stipulation and Proposed Order to Modify Scheduling Order to Extend Deadline to File Dispositive Motions (1:10-cv-01967 AWI-BAM)