1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10
11
**AUGUSTA CONNOR, aka AUGUSTA**          )   1: 10-CV-1967 AWI BAM
12  **ANDERSON,**                             )
                                         )   **ORDER REFERRING PENDING**
13                      **Plaintiff**,        )   **MOTION FOR SUMMARY**
        **v.**                            )   **JUDGMENT TO MAGISTRATE**
14                                        )   **JUDGE BARBARA M. MCAULIFFE**
    **STATE OF CALIFORNIA, et al.,**          )
15                                        )   **ORDER VACATING OCTOBER 22,**
                        **Defendants**.        )   **2012 HEARING DATE**
16  _____)

17
18         Plaintiff is a state prisoner who alleges that prison officials violated her civil rights

19  pursuant to 42 U.S.C. § 1983, along with violating her rights under the Americans with

20  Disabilities Act ("ADA") and the Rehabilitation Act.    Plaintiff is represented by counsel.

21  Defendants have filed a motion for summary judgment that they noticed for hearing before the

22  undersigned on October 22, 2012.    The court has reviewed the pending motion for summary

23  judgment.   The court finds that the pending motion should be referred to Magistrate Judge

24  Barbara M. McAuliffe pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72 for the entry for

25  Findings and Recommendations.

26         Accordingly, it is HEREBY ORDERED that:

27         1.      The pending motion for summary judgment is REFERRED to Magistrate Judge

28                 McAuliffe;

2.    The October 22, 2012 hearing before the undersigned is VACATED; and

3.    In the event Magistrate Judge McAuliffe desires to hold a hearing on the pending motion, Magistrate Judge McAuliffe's Chambers will contact the parties and set a new hearing date at Magistrate Judge McAuliffe's convenience.

IT IS SO ORDERED.

Dated:   October 19, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

2