IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTA CONNOR,<br><br>    Plaintiff,<br> v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | 1:10-cv-1967 AWI BAM<br><br>ORDER VACATING PRE-TRIAL CONFERENCE AND TRIAL DATE |

  The pre-trial conference in this matter is set for November 28, 2012, and trial is set for January 29, 2013. Defendants filed a motion for summary judgment, which was referred to the Magistrate Judge for the issuance of a findings and recommendation. Recently, the Magistrate Judge permitted Plaintiff to file a surreply to the motion. The motion for summary judgment remains outstanding. Further, on November 21, 2012, Defendants filed a motion to vacate the trial and pre-trial conference dates in light of the outstanding summary judgment motion. Plaintiff has not responded to Defendants' request to vacate, and the parties have not filed a pre-trial statement. Thus, it appears to the Court that Plaintiff does not oppose Defendants' request.

  In light of the above, the Court finds that vacation of the trial and pre-trial conference dates is appropriate.

  Accordingly, IT IS HEREBY ORDERED that the November 28, 2012 pre-trial conference date and January 29, 2013 trial date are VACATED.[1]

IT IS SO ORDERED.

Dated: November 27, 2012

                  UNITED STATES DISTRICT JUDGE

---

[1] Once the motion for summary judgment is resolved, the Court will issue new pre-trial conference and trial dates.